IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. ALEXANDER/RYAHIM JR.
ADC# 111057                                                                     PLAINTIFF

v.                              Case No. 5:11-cv-133-DPM-BD

RAY HOBBS, STRAUGHN,
CAMPBELL, BROWNLEE,
RANDALL MANUS, CRYSTAL
WOODS, and KING                                                                DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition, *Document No. 9*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Alexander/Ryahim's claim against Brownlee is dismissed with prejudice.

So Ordered.

                                                    _____
                                                    D.P. Marshall Jr.
                                                    United States District Judge

                                                    28 July 2011