## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHARLES E. ALEXANDER/RYAHIM JR.
ADC# 111057                                                              PLAINTIFF

v.                              No. 5:11-cv-133-DPM-BD

RAY HOBBS, WILLIAM STRAUGHN,
ANDRAE CAMPBELL, BROWNLEE,
RANDALL MANUS, CRYSTAL
WOODS, and VANITA KING                                         DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Beth Deere's Partial
Recommended Disposition, *Document No. 28*. No one has objected. Having
reviewed the proposal for clear errors of fact on the face of the record, FED. R.
CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error,
the Court adopts the proposal as its own. Alexander/Ryahim's motion to
compel and motion for injunction and declaratory judgment, *Document Nos.
22 & 23*, are denied. The Court specifically endorses and echoes Magistrate
Judge Deere's caution to Alexander/Ryahim to refrain from attacking the
integrity of counsel or members of this Court.

To clarify the record, Judge Deere's earlier Partial Recommended Disposition, *Document No. 9*, and this Court's Order adopting the recommendation, *Document No. 15*, dismissed Alexander/Ryahim's claim against Defendant Brownlee for "violation of usage of an unconstitutional parole board through discriminatory acts." *Document No. 1, at 4*. The Court did not, however, dismiss Alexander/Ryahim's retaliation claim against Defendant Brownlee. *Document No. 9, at 2*. The Clerk is directed to correct the docket to reflect that Brownlee is still a party to this action.

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_6 October 2011_