IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. ALEXANDER/RYAHIM, JR.
ADC # 111057                                                                                    PLAINTIFF

v.                              No. 5:11-cv-133-DPM-BD

RAY HOBBS, Director Arkansas
Department of Correction, *et al.*                                                DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Beth Deere's proposed Partial Recommended Disposition, *Document No. 89*, and Charles Alexander/Ryahim's several objections, briefs, and addenda, *Document Nos. 93, 97, 98, 99, 100, 102, 103, 105, 106, 110, 111, 112, 132, 137, 140, & 141.* Having conducted a *de novo* review, the Court adopts Judge Deere's proposal as its own. FED. R. CIV. P. 72(b)(3). Mr. Alexander/Ryahim's motion to amend his complaint, *Document No. 74*, and his motion for order to show cause, *Document No. 77*, are denied.

The Court cautions Mr. Alexander/Ryahim. One objection to any of Judge Deere's rulings is sufficient. Filing more than a dozen addenda (or other papers) supplementing an objection—as Mr. Alexander/Ryahim has done here on *Document No. 93*—is excessive. It abuses the judicial process.

If Mr. Alexander/Ryahim continues this pattern of excessive filings, the Court will consider sanctions, such as directing the Clerk to reject proposed filings.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

27 January 2012