IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. ALEXANDER/RYAHIM, JR.
ADC # 111057                                                              PLAINTIFF

v.                            No. 5:11-cv-133-DPM-BD

RAY HOBBS, Director, Arkansas
Department of Correction, *et al.*                                        DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Beth Deere's proposed Partial Recommended Disposition, *Document No. 145*, and Charles Alexander/Ryahim's objections and addenda, *Document Nos. 152, 153, & 154*. Having conducted a *de novo* review, the Court adopts Judge Deere's proposal as its own. FED. R. CIV. P. 72(b)(3). Mr. Alexander/Ryahim's motion for a temporary restraining order, *Document No. 84*, and his motion for summary judgment, *Document No. 109*, are denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 March 2012