IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. ALEXANDER-RYAHIM, JR.
ADC # 111057                                                                               PLAINTIFF

v.                            No. 5:11-cv-133-DPM-BD

RAY HOBBS; WILLIAM STRAUGHN;
ANDRAE CAMPBELL; LEROY BROWNLEE;
RANDAL MANUS; CRYSTAL WOODS;
and VANITA KING                                          DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Beth Deere's proposed Recommended Disposition, *Document No. 192*, and Alexander-Ryahim's objections, *Document No. 193*. Alexander-Ryahim's objections, though comprehensive, do not address his failure to state a claim for retaliation. He has still not shown that prison officials disciplined him for exercising a constitutionally protected right. *Meuir v. Green County Jail Employees*, 487 F.3d 1115, 1119 (8th Cir. 2007). On *de novo* review, the Court adopts Judge Deere's proposal as its decision. FED. R. CIV. P. 72(b)(3).

Defendants' motion for summary judgment, *Document No. 179*, granted. Alexander-Ryahim's complaint, *Document No. 1*, dismissed with prejudice. His motion for copies, *Document No. 194*, is granted.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 September 2012