IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. ALEXANDER-RYAHIM, JR.
ADC # 111057                                                              PLAINTIFF

v.                      No. 5:11-cv-133-DPM

RAY HOBBS; WILLIAM STRAUGHN;
ANDRAE CAMPBELL; LEROY BROWNLEE;
RANDAL MANUS; CRYSTAL WOODS;
and VANITA KING                                                          DEFENDANTS

## JUDGMENT

Alexander-Ryahim's complaint is dismissed with prejudice.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 September 2012